# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>REBECCA OWENS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-568<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 17, 2019 through May 18, 2019  in the county of  Allegheny  in the  Western  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production and attempted production of material depicting the sexual exploitation of a minor |
| 18 U.S.C. § 2252(a)(2) | Knowing distribution of a visual depiction of a minor using any means and facility of interstate and foreign commerce, namely, a computer and the Internet, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and that depicted a minor engaging in sexually explicit conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

GREGG FRANKHOUSER, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/13/20

_____
*Judge's signature*

City and state:  Pittsburgh, Pennsylvania   MAUREEN P. KELLY, U.S. Magistrate Judge
*Printed name and title*